**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **CHRISTY BECKERICH, ,** *et al.*, | : | |
| | : | **Case No. 1:21-cv-00576** |
| **Plaintiffs,** | : | **Judge Timothy S. Black** |
| | : | |
| v. | : | |
| | : | |
| **ST. ELIZABETH MEDICAL CENTER, INC.,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

**NOTICE OF APPEARANCE FOR THE CHRIST HOSPITAL,**
**AND THE CHRIST HOSPITAL PHYSICIANS, LLC**

David P. Kamp, J. David Brittingham, Jean Geoppinger McCoy and Allison G. Knerr, of Dinsmore & Shohl LLP, hereby enter their appearance on behalf of defendants, The Christ Hospital and The Christ Hospital Physicians, LLC, in the above-captioned action.

September 3, 2020

Respectfully submitted,

*s/ Jean Geoppinger McCoy*
_____
David P. Kamp (OH 0020665)
J. David Brittingham (OH 0061577)
Jean Geoppinger McCoy (OH 0046881)
Allison G. Knerr (OH 0088235)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio  45202
david.kamp@dinsmore.com
david.brittingham@dinsmore.com
jean.mccoy@dinsmore.com
allison.knerr@dinsmore.com
(513) 977-8200

*Counsel for Defendants, The Christ Hospital and The Christ Hospital Physicians, LLC*

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that a copy of the foregoing pleading was served, via the Court's CM/ECF system, on:

>Glenn D. Feagan, Esq.
>DETERS LAW
>5247 Madison Pike
>Independence, Kentucky  41051
>gfeagen@feaganlaw.com

this 3rd day of September, 2021.

              *s/ Jean Geoppinger McCoy*
              _____
              Jean Geoppinger McCoy