## CINCINNATI CHILDREN'S

## AFFIDAVIT OF KIMBERLY HARSMAN

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am an employee at Cincinnati Children's Hospital Medical Center.

2. I do not want to be injected with the Covid vaccination. I have worked through the entire pandemic where the virus "ran its course" through my department and to my knowledge, I have never contracted the virus even though I am said to be at high risk to do so due to my underlying health conditions. Why would I then want to take an experimental vaccine with known and unknown side effects when, that I know of, I have yet to contract the virus and even if I would, I have an extremely high chance of survival?

3. Due to my medical history, I am at an increased risk for stroke. The Covid vaccine has been shown to cause clotting complications (stroke/heart attack) so again, why would I want to take this vaccine?

4. Attempts to try to schedule an appointment or have a phone conversation with my primary care physician to even discuss my situation and obtain a medical exemption have been unsuccessful. Not only was I denied the medical exemption but I was denied the right to have an open dialogue with my primary care physician to have all of my concerns addressed in regards to my risk vs benefit of taking the vaccine. Therefore I do not believe I can truly give an informed consent to the vaccine.

5. I have had to endure meetings within my department where my boss has asked those of us in leadership if "we have heard of anyone in the department who is saying they are not getting vaccinated so they know who they are going to need to replace". I will add they are running "compliance" reports daily so my boss is well aware that I am not vaccinated so I get the "stare down" during the duration of these conversations to the point that others in the room notice and also look in my direction (intimidation factor).

6. If I am not fully vaccinated by the October 1, 2021, I will be suspended without pay and given a short period of time to become fully vaccinated or I will be terminated from my position.

Further, Affiant Sayeth Naught.

*Kimberly Harsma*
KIMBERLY HARSMAN

### NOTARY

Sworn to and subscribed before me, by **Kimberly Harsman** this **6th** day of **Sept.** 2021.

Notary Public

BRANDIE ASHCRAFT
Notary Public, State of Ohio
My Commission Expires 04-18-2022

EXHIBIT
Motion A

## AFFIDAVIT OF SUZANNE THOMAS

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I have been employed at Cincinnati Children's Hospital for 17 years.

2. We are being told we violate our "cares standards" if we do not comply.

3. The decision to force me to take the vaccine or be terminated sickens me beyond belief.

4. We are being told that "Almost 90 percent of people who have received the vaccine have had no side effects. Of the other 10 percent, participants reported having headaches, fever and injection-site pain for a few days after receiving it, all of which can be addressed by taking an over-the-counter pain reliever."

5. I personally know people who have received the vaccine months ago and continue to experience debilitating side effects and refuse to allow any person or organization to force me to inject an experimental drug into my body.

6. If I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

_Suzanne Thomas_
SUZANNE THOMAS

NOTARY

Sworn to and subscribed before me, by Suzanne Thomas this 3rd day of September 2021.

_____
Notary Public
My Comm. Exp. 9/30/2025

SHIRLEY L WURZELBACHER
Notary Public, State of Ohio
My Commission Expires
September 30, 2025

Butler County
State of Ohio

## AFFIDAVIT OF BRENDALEE TRAVIS
## CINCINNATI CHILDRENS

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am employee of Cincinnati Childrens Hospital Medical Center.

2. I work remotely as a Medical Coder.

3. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.

4. I am healthy and have not had covid or symptoms of covid.

5. I am in fear of retaliation for seeking help, however, I am ultimately going to lose my job after the October 1, 2021 covid vaccination deadline.

6. I am a single income home and can't afford to lose my job.

7. If I do not get the vaccination by my employer's deadline, I will be terminated from my job.

8. I have submitted a medical exemption and have not received a response of acceptance.

Further, Affiant Sayeth Naught.

_____
BRENDALEE TRAVIS

NOTARY

Sworn to and subscribed before me, by Brendalee Travis this 3 day of September 2021.

_____
Notary Public
My Comm. Exp. 12-5-23

LORETTA LITTLE
Notary Public-State at Large
KENTUCKY - Notary ID # 635972
My Commission Expires 12-05-2023

Kenton County
State of Kentucky

## AFFIDAVIT OF KELLEE YELTON
## UC HEALTH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am a patient at St. Elizabeth and employed as contractor for UC Health.

2. My livelihood and career are being threatened for not wanting to receive the SARS-CoV-2 vaccine.

3. I have multiple health issues, as I am diabetic, asthmatic, stomach issues and suffer from anxiety.

4. I was denied a medical exemption by my primary care physician, Dr. Joseph Hartig, a St. Elizabeth physician. He is aware of my health conditions.

5. Dr. Hartig sent me a message stating, "Sorry Kellee. I am prohibited from doing this exemption."

6. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.

7. If I do not get the vaccination by my employer's deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

_____
KELLEE YELTON

### NOTARY

Sworn to and subscribed before me, by Kellee Yelton this 3 day of September 2021.

_____
Notary Public

My Comm. Exp. __12-5-23__

__Kenton__ County

State of __Kentucky__

```
LORETTA LITTLE
Notary Public-State at Large
KENTUCKY - Notary ID # 635972
My Commission Expires 12-05-2023
```