**UNITED STATES DISCTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **CHRISTY BECKERICH, et al.,** | : | Case No. 1:21-cv-00576-TSB |
| | : | |
| Plaintiffs, | : | Hon. Timothy S. Black |
| | : | |
| v. | : | |
| | : | |
| **ST. ELIZABETH MEDICAL CENTER, et al.,** | : | |
| | : | |
| Defendants. | : | |

**<u>TEMPORARY RESTRAINING ORDER</u>**

For good cause shown, the Motion of Plaintiffs, Christy Beckerich, et al., for Temporary Restraining Order is granted, pursuant to Fed. R. Civil Pro. 65 and other applicable law.

The Court hereby ORDERS AND RESTRAINS Defendants and their respective officers, agents, attorneys, and other persons in active concert or participation with them who receive actual notice of this Temporary Restraining Order by personal service or otherwise (the "Restrained Parties"), as follows:

1. That the Retrained Parties be, and they are, restrained from forcing, ordering, and/or requiring Plaintiffs to be vaccinated with the Covid-19 vaccine prior to October 1, 2021, and from terminating them from employment, threatening directly or indirectly in any way to terminate, or in ANY way take adverse action against any Movant and/or Plaintiffs and any member of the proposed class of this class action, including requiring said Plaintiffs to disclose whether or not they have been vaccinated

- 2 -

or taking any action against them in reliance on any information contained in Plaintiffs' medical records.

2. Upon the posting the bond described in the following paragraph, that this Temporary Restraining Order remain in force until, and not after the earlier of: (a) the time set for a hearing on a motion to dissolve this Temporary Restraining Order unless there is then pending a motion for a temporary injunction, or (b) the entry of an order on a motion for a temporary injunction, or (c) the entry of a final judgment;

3. That plaintiffs post a bond in the amount of $_____ for the payment of such costs and damages as may be incurred or suffered by any person who is found to have been wrongfully restrained hereby; and

4. That the U.S. Marshal Service for the Southern District of Ohio personally serve copies of this Temporary Restraining Order upon the Defendants named in Plaintiffs' Motion at such other place in this District where any of them may be found.

Entered this \_\_\_\_ day of _____ 2021, at \_\_\_:\_\_\_\_ a./p.m.

_____
Hon. Timothy S. Black
U.S. District Court

TENDERED BY:

*s/Glenn Feagan*
Glenn Feagan (0041520)
Deters Law II
5247 Madison Pike
Independence, KY 41051
(859)363-1900
(859) 363-1444 – facsimile
gfeagan@feaganlaw.com
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

    I certify that true and correct copies of the foregoing were served upon each defendant in this action contemporaneously with the service of the Verified Complaint.

_____
Dominick Romeo