# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **CHRISTY BECKERICH,** *et al.*, | : | Case No. 1:21-CV-00576 |
| | : | |
| **Plaintiffs,** | : | Judge Timothy S. Black |
| | : | |
| v. | : | |
| | : | **NOTICE OF APPEARANCE** |
| **ST. ELIZABETH MEDICAL CENTER, INC.,** *et al.*, | : | **OF RUSSELL S. SAYRE** |
| | : | |
| **Defendants.** | : | |

Notice is hereby given that Russell S. Sayre of Taft Stettinius & Hollister LLP hereby enters his appearance as counsel on behalf of Defendant Cincinnati Children's Hospital Medical Center.

Respectfully submitted,

*/s/ Russell S. Sayre*
Russell S. Sayre (0047125)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Phone: (513) 381-2838
Fax: (513) 381-0205
sayre@taftlaw.com

*Counsel for Defendant Cincinnati Children's Hospital Medical Center*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically on September 7, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Russell S. Sayre*