UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI
CASE NO. 1:21-CV-00576-TSB

CHRISTY BECKERICH, INDIVIDUALLY AND AS     PLAINTIFFS
CLASS REPRESENTATIVE, ET AL.

vs.

SAINT ELIZBETH MEDICAL CENTER, INC., ET AL.     DEFENDANTS

## MOTION FOR ADMISSION OF MARK D. GUILFOYLE AND NICHOLAS C. BIRKENHAUER *PRO HAC VICE*

Pursuant to Local Rule 83.3(e), the undersigned counsel for Defendants, Saint Elizabeth Medical Center, Inc. and Summit Medical Group, Inc. d/b/a St. Elizabeth Physicians, hereby moves the Court to admit attorneys Mark D. Guilfoyle and Nicholas C. Birkenhauer *pro hac vice* to appear and participate as co-counsel in this case.

The undersigned represents that Mark D. Guilfoyle and Nicholas C. Birkenhauer are members in good standing of the bar of the Supreme Court of Kentucky, as set forth in the original certificates attached hereto. This motion is also accompanied by the required filing fees.

Respectfully submitted,

/s/ Christopher B. Markus
Christopher B. Markus (#0081221)
Michael J. Enzweiler (#0093491)
DRESSMAN BENZINGER LAVELLE PSC
207 Thomas More Parkway
Crestview Hills, KY 41017
(859) 341-1881 (T)
(859) 341-1469 (F)
cmarkus@dbllaw.com
menzweiler@dbllaw.com
*Counsel for Defendants, Saint Elizabeth Medical Center, Inc. and Summit Medical Group, Inc. d/b/a St. Elizabeth Physicians*

1

2

## **CERTIFICATE OF SERVICE**

  I certify that on the 10th day of September, 2021, the foregoing was electronically filed via the Court's CM/ECF system, which will provide electronic notification to all counsel of record.

              /s/ Christopher B. Markus
              Christopher B. Markus (#0081221)

983623v1