United States District Court
Southern District of Ohio

_____

**Related Case Memorandum**
**Civil Cases**

TO:     Judge Timothy S. Black

FROM:   Kim Lee                    , Case Administrator

DATE:   09/20/21

SUBJECT:   Case Caption:   Harsman et al v. Cincinnati Children's Hopital Medical Center et al

CASE:   Case Number:   1:21-cv-597 13

DISTRICT JUDGE:     Judge Timothy S. Black

              File Date:   09/17/2021

This memorandum is to notify you that the civil cover sheet in the above referenced case reflects the following alleged related case:

**Related Case:**

Case Caption:   Beckerich et al v. Saint Elizabeth Medical Center, Inc. et al

Case Number:   1:21-cv-548 1          District Judge:   Timothy S. Black

File Date:   8/25/2021          Magistrate Judge:   Stephanie K. Bowman

**Related Case(s):**

Case Caption:   Beckerich et al v. Saint Elizabeth Medical Center, Inc. et al

Case Number:   1:21-cv-576 1          District Judge:   Timothy S. Black

File Date:   9/3/2021          Magistrate Judge:   Stephanie K. Bowman

Memo Re: Related Civil Cases
Page 2


The District Judges having conferred, we respond to Case Administrator **Kim Lee**
as follows:


**Judges' Response:**

☐    We agree that the cases are **<u>not</u>** related and that the subject case should remain with the Judge to whom it is assigned.

☐    We agree that the cases **<u>are</u>** related and that the subject case should be transferred to the docket of Judge _____

☐    We agree that although the cases **<u>are</u>** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases are **<u>not</u>** related.

☒    I am the Judge on both/all of the listed cases and have determined that the cases **<u>are</u>** related and they shall both/all remain on my docket.

☐    Other Direction of Judge: _____

_____


                   *s/Timothy S. Black*
                   United States District Judge


                   _____
                   United States District Judge


                   _____
                   United States District Judge


Cc:  Courtroom Deputies


*Revised 7/19/2012*